UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jose Rodriguez

      Plaintiff(s),      CASE NO:04-70021

v.      JUDGE:George Caram Steeh

Fedex Freight Detroit East, Inc.

      Defendant(s).

                   /

FILED MAR 10 2005 CLERK'S OFFICE DETROIT

## NOTICE OF TRANSFER TO OTHER DISTRICT

TO: United States Bankruptcy Court
211 Fort Street
Detroit, MI 48226

The above entitled case has been transferred to your Court pursuant to the Order entered on March 03, 2005. Enclosed are certified copies of the Order of Transfer and this Court's docket sheet. The case record

is a combined paper and electronic file and can be View at
PACER.MIED.USCOURTS.GOV

Please acknowledge receipt of these documents by returning a time-stamped

copy of this Notice to:      Clerk's Office
United States District Court
231 W. Lafayette
Detroit, MI 48226

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

DAVID J. WEAVER, CLERK OF COURT

Date: March 10, 2005      By /s/ [signature]
Deputy Clerk